IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Douglas Phillip Bush,                               :
                                                    :
            Plaintiff(s),                           :
                                                    :     Case Number: 1:14cv943
      vs.                                           :
                                                    :     Judge Susan J. Dlott
Judge Alice Batchelder, et al.,                     :
                                                    :
            Defendant(s).                           :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Karen L. Litkovitz filed on February 9, 2015 (Doc. 5), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired February 26, 2015, hereby

ADOPTS said Report and Recommendation.

Accordingly, plaintiff's complaint (Doc. 1) is **DISMISSED** with prejudice pursuant to 28

U.S.C. §§1915(e)(2) and 1915A(b)(1).

The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that an appeal of any order adopting

the Report and Recommendation will not be taken in good faith, therefore, denying plaintiff

leave to appeal *in forma pauperis. See McGore v. Wrigglesworth,* 114 F.3d 601 (6th Cir. 1997).

IT IS SO ORDERED.

        s/Susan J. Dlott
Judge Susan J. Dlott
United States District Court